December 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-15-01072-CR                                  V.
NO. 14-15-01073-CR

ROBERT JOSEPH YETMAN, Appellee

_____

These consolidated causes were heard on their respective records. Having considered the records, this Court holds that there was no error in either of the judgments.

In Cause No. 14-15-01072-CR, this Court orders the judgment of the court below **AFFIRMED.** We further order this decision certified below for observance.

In Case No. 14-15-01073-CR, this Court orders the judgment of the court below **AFFIRMED.** We further order this decision certified below for observance.